FORM VAN–093

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                                                         Case No.: 2:09–bk–25418–CGC

SCOTT E IRVING                                        Chapter: 7
414 W RIDGECREST RD
PHOENIX, AZ 85086
**SSAN:** xxx–xx–0153
**EIN:**

MARIANNE E IRVING
414 W RIDGECREST RD
PHOENIX, AZ 85086
**SSAN:** xxx–xx–4939
**EIN:**

Debtor(s)

## ORDER REINSTATING CASE

    The above–captioned Debtor(s) having filed a motion to reinstate this case; the case having been dismissed because of administrative error; or the case having been dismissed for failure to pay the filing fee and the filing fee having been paid in full; and pursuant to Bankruptcy Rule 9024;

    IT IS ORDERED that this case is reinstated.

    NOTICE IS ALSO GIVEN that the order was entered on the docket this date.


**Date:** February 22, 2010                                               BY THE COURT

**Address of the Bankruptcy Clerk's Office:**         HONORABLE Charles G. Case II
U.S. Bankruptcy Court, Arizona                        United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov